IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Peter A. T. Sartin, | ) | C/A No.: **3:12-cv-895-JFA** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER STAYING DISCOVERY** |
| McNair Law Firm, P.A., | ) | |
| Defendant. | ) | |

Discovery in this case is hereby stayed until this court rules on Defendant's motion for summary judgment on threshold matters of law. Defendant is instructed to file its motion for summary judgment by August 9, 2012. Plaintiff's response deadline will be September 10, 2012, and Defendant will have until September 20, 2012 to file its reply. If this case is not dismissed on summary judgment, then this court will issue a new scheduling order for the remainder of the case.

IT IS SO ORDERED.

June 28, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge