IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Peter A.T. Sartin, | ) | C/A No.: 3:12-cv-895-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| McNair Law Firm, P.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on a joint request (ECF No. 37) that all of the dates in the current scheduling order be held in abeyance until the pending motion for summary judgment is decided. The court hereby grants the parties' request and stays the deadlines in the current scheduling order. If this case is not dismissed on summary judgment, then this court will issue a new scheduling order for the remainder of the case.

IT IS SO ORDERED.

August 30, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge