IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Peter A.T. Sartin, | ) | C/A No.: 3:12-cv-895-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| McNair Law Firm, P.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the motion of the defendant, McNair Law Firm, P.A., to alter or amend the judgment entered by this court on December 5, 2012. Specifically, McNair seeks to have the court substitute the personal representative of the Estate of Peter A.T. Sartin, the individual plaintiff in this case who is now deceased.

The court has previously informed plaintiff's counsel that they should advise the court of the identity of the personal representative so that an appropriate substitution could be made. To date, plaintiff's counsel has not advised the court of the proper personal representative to be substituted.

The court will afford plaintiff's counsel fourteen days from the date of this order within which to notify the court of the identity of the personal representative. If no Estate has been opened, counsel should advise the court as to the reasons why no action has been taken to administer the Estate.

IT IS SO ORDERED.

January 8, 2013                                Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge