

# LOOPER REED

LOOPER REED & McGRAW P.C.

Norman A. Lofgren
Direct No. 214.922.8920
nlofgren@lrmlaw.com

January 17, 2013

**Via e-Mail**

Ronald L. Richter, Jr., Esq.
Bland Richter, LLP
Peoples Building, Mezzanine Level
18 Broad Street
Charleston, South Carolina 29401

Re:   Peter A. T. Sartin v. McNair Law Firm, P.A., CA No.: 3:12-cv-895-JFA;
      United States District Court, District of South Carolina

Dear Mr. Richter:

The purpose of this letter is to inform you of the status of the probate proceeding in the Estate of Peter A. T. Sartin ("Peter").

Our firm has been engaged by Paul A. Sartin ("Paul"), the son of Peter to probate his father's Will. On December 17, 2012, we filed in the probate courts of Dallas County, Texas, an application for probate of Peter's Will – Case No. PR-12-04144-1. The application seeks appointment of Paul as the independent executor of Peter's estate. The probate case has been set for hearing on Monday, February 11, 2013. You can check the status of the probate proceeding on line at: www.dallascounty.org, click on "Records" on the tool bar and follow the link to "online records search."

Please let me know if you have any questions.

Very truly yours,

Norman A. Lofgren

NAL:bn

CC:   Paul A. Sartin, Esq.

1391681.1