IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Peter A. T. Sartin, | ) | C/A: 3:12-895-JFA |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| McNair Law Firm, P.A., | ) | |
| Defendant. | ) | |

It appearing to the court that the plaintiff in this action, Peter A. T. Sartin, is now deceased and that Paul A. Sartin has been duly appointed by the Probate Court for the State of Texas as Independent Executor, it is hereby ordered that Paul A. Sartin, Independent Executor of the Estate of Peter A. T. Sartin is hereby substituted as the party plaintiff in this case. All future pleadings shall reflect this change in the case caption.

IT IS SO ORDERED.

February 12, 2013                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge