IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Paul A. Sartin, | ) | C/A No.: 3:12-cv-895-JFA |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| McNair Law Firm, P.A., | ) | |
| Defendant. | ) | |

This court has previously entered an order substituting Paul A. Sartin in place of the original plaintiff, Peter A.T. Sartin, who is now deceased. Defendant has moved to alter or amend the judgment so as to reflect that the judgment was entered against the substituted plaintiff. The motion is granted and the Clerk's records shall reflect that this court's award of summary judgment runs in favor of the substituted plaintiff, Paul A. Sartin.

IT IS SO ORDERED.

February 27, 2013                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge